UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DWIGHT LAMAR SANDERS,

    **Movant,**

V.                                                        **Civil Action No. 4:16-CV-502-P**
                                                                    **(Criminal No. 4:95-CR-092-P(1))**

UNITED STATES OF AMERICA,

    **Respondent.**

## ORDER LIFTING STAY, REOPENING CASE and DIRECTING the FILING OF SUPPLEMENTAL BRIEFING

On August 28, 2019, the Court entered an order staying and administratively closing this civil case brought under 28 U.S.C. § 2255 to await the outcome of the then-pending appeal in *United States v. Herrold*, No. 14-11217 (5th Cir.). The Fifth Circuit has since issued its opinion in *United States v. Herrold*, 941 F.3d 173 (5th Cir. 2019), holding that Texas burglary convictions qualify as generic burglary under the Armed Career Criminal Act. The Supreme Court has denied a petition for certiorari, ensuring the finality of Herrold. *See Herrold v. United States*, 141 S. Ct. 273 (2020).

Based on the finality of *Herrold*, the Court finds that it must withdraw the stay in this case, reopen the proceedings, and request supplemental briefs from the parties.

It is therefore **ORDERED** that the previously issued stay is lifted and this case is reopened.

It is further **ORDERED** that the government shall file any supplemental response to the motion under § 2255 addressing the effect of *Herrold*, and any other updated matters, by no later than **March 2, 2022**. Movant Sanders shall file any supplemental reply by no later than thirty days after the filing of the supplemental response.

**SO ORDERED** this **2nd day** of **February, 2022**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE